1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN 128238)
2  Regina A. Musolino (SBN 198872)
   2029 Century Park East, Suite 3300
3  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219
   dtabacopoulos@seyfarth.com
5  rmusolino@seyfarth.com

6  Attorneys for Defendants
   HSBC Finance Corporation and Household Finance Corporation
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 PAUL VELASQUEZ, FAVIOLA ALVAREZ,  )  Case No. C 08-04592 SC
   MARCELO ALTAMIRANO, JACKEY        )
12 WILSON II, CARLOS MARTINEZ AND    )  **STIPULATION RE: EXTENSION OF**
   DIONICIO MARTINEZ on behalf of    )  **TIME FOR DEFENDANTS TO**
13 themselves and all others similarly situated )  **RESPOND TO COMPLAINT**
                                     )
14           Plaintiffs,              )  Judge: Hon. Samuel Conti
                                     )
15      v.                            )
                                     )
16 HSBC FINANCE CORPORATION;         )
   HOUSEHOLD FINANCE CORPORATION;    )
17 BENEFICIAL COMPANY, LLC           )
                                     )
18           Defendant.               )
                                     )
19 _____)

20

21      WHEREAS, Plaintiffs PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO

22 ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ

23 on behalf of themselves and all others similarly situated ("Plaintiffs") filed their complaint on

24 October 2, 2008; and

25      WHEREAS, Defendants HSBC Finance Corporation and Household Finance

26 Corporation were served with the Complaint on October 8, 2008;

27      WHEREAS, Defendants' last date to respond to the complaint is October 28, 2008;

28

LA1 6738160.1

1  WHEREAS, Plaintiffs have agreed to an extension of time for Defendants to respond to the Complaint.

4  IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiffs and Defendants, through their respective counsel of record, that Defendants shall respond to Plaintiffs' Complaint on or before November 18, 2008.

DATED: October 28, 2008                    SEYFARTH SHAW LLP


                                            By    s/ Regina A. Musolino
                                               Diana Tabacopoulos
                                               Regina A. Musolino
                                            Attorneys for Defendants
                                            HSBC FINANCE CORPORATION AND
                                            HOUSEHOLD FINANCE
                                            CORPORATION

DATED: October 28, 2008                    SCHIFFRIN BARROWAY TOPAZ &
                                            KESSLER, LLP


                                            By    s/ Gerald D. Wells III
                                               Gerald D. Wells III
                                            Attorneys for Plaintiffs

**IT IS SO ORDERED**
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA