SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
Regina A. Musolino (SBN 198872)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
dtabacopoulos@seyfarth.com
rmusolino@seyfarth.com

Attorneys for Defendants
HSBC Finance Corporation; Household Finance Corporation;
Beneficial Company LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY, LLC<br><br>Defendant. | Case No. C 08-04592 SC<br><br>**STIPULATION RE: AMENDMENT OF COMPLAINT**<br><br>Judge: Hon. Samuel Conti |

WHEREAS, Plaintiffs on behalf of themselves and all others similarly situated ("Plaintiffs") filed their complaint on October 2, 2008; and

WHEREAS, Defendants HSBC Finance Corporation and Household Finance Corporation were served with the Complaint on October 8, 2008; and

WHEREAS, Defendant Beneficial Company LLC was served on November 7, 2008; and

WHEREAS, Plaintiffs and Defendants HSBC Finance Corporation and Household Finance Corporation stipulated to extend the time to respond to November 18, 2008; and

LA1 6746511.1

1  WHEREAS, Defendant Beneficial Company LLC has until December 5, 2008 to respond to the Complaint;

3  WHEREAS, the parties met and conferred on November 11, 2008 regarding issues raised by Defendants as to the Complaint; and

5  WHEREAS, Plaintiffs have agreed to amend the Complaint to remove the language in Paragraph 105 regarding the "original complaint"; and

7  WHEREAS, Plaintiffs have agreed to file the amended Complaint on or before November 18, 2008; and

9  WHEREAS, pursuant to FRCP Rule 6(a)(2) and Rule 15(a)(3); Defendants HSBC Finance Corporation, Household Finance Corporation and Beneficial Company LLC have until December 4, 2008 to file responsive pleadings.

12  IT IS HEREBY STIPULATED, that Plaintiffs will file an amended Complaint on or before November 18, 2008 and Defendants will file their responsive pleading by December 4, 2008.

DATED: November 13, 2008       SEYFARTH SHAW LLP

                               By   s/ Regina A. Musolino
                                    Diana Tabacopoulos
                                    Regina A. Musolino
                               Attorneys for Defendants
                               HSBC FINANCE CORPORATION;
                               HOUSEHOLD FINANCE
                               CORPORATION; BENEFICIAL
                               COMPANY LLC

DATED: November 13, 2008       SCHIFFRIN BARROWAY TOPAZ &
                               KESSLER, LLP

                               By   s/ Nick S. Williams
                                    Nick S. Williams
                               Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti