```
 1  SEYFARTH SHAW LLP
    Diana Tabacopoulos (SBN 128238)
 2  Regina A. Musolino (SBN 198872)
    Catherine V. Meek (SBN 262084)
 3  2029 Century Park East, Suite 3300
    Los Angeles, California 90067-3063
 4  Telephone: (310) 277-7200
    Facsimile: (310) 201-5219
 5  dtabacopoulos@seyfarth.com
    rmusolino@seyfarth.com
 6  cmeek@seyfarth.com

 7  Attorneys for Defendants
    HSBC FINANCE CORPORATION AND BENEFICIAL COMPANY, LLC
 8
    BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
 9  Alan R. Plutzik (SBN 077785)
    L. Timothy Fisher (SBN191626)
10  2125 Oak Grove Road, Suite 120
    Walnut Creek, CA  94598
11  Telephone: (925) 945-0770
    Facsimile: (925) 945-879
12

13  Edward W. Ciolko
    Nick S. Williams
14  Robert W. Biela
    280 King of Prussia Road
15  Radnor, PA  19087
16  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
17
    Attorneys for Plaintiffs
18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20  PAUL VELASQUEZ, FAVIOLA ALVAREZ,  )  Case No. C 08-04592 SC
    MARCELO ALTAMIRANO, JACKEY        )
21  WILSON II, CARLOS MARTINEZ, and   )  The Honorable Samuel Conti, Courtroom 1
    DIONICIO MARTINEZ on behalf of    )
22  themselves and all others similarly situated  )  STIPULATION REGARDING
                                      )  BRIEFING AND HEARING
23          Plaintiffs,                )  SCHEDULE FOR MOTIONS FOR
                                      )  COLLECTIVE AND CLASS
24      v.                             )  CERTIFICATION; and [PROPOSED]
                                      )  ORDER
25  HSBC FINANCE CORPORATION;         )
    HOUSEHOLD FINANCE CORPORATION;    )
26  BENEFICIAL COMPANY, LLC           )  [Filed concurrently with [Proposed] Order]
                                      )
27          Defendants.                )
                                      )
28  _____
```

LA1 6771232.1

STIPULATION RE BRIEFING & HEARING SCHEDULE FOR MOTIONS FOR CLASS/COLLECTIVE CERTIFICATION
Case No. C08-04592 SC

1   WHEREAS, Plaintiffs PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO
2   ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ
3   on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") filed their
4   Amended Complaint on November 18, 2008; and
5   WHEREAS, Defendants HSBC Finance Corporation and Beneficial Company, LLC
6   (collectively, "Defendants") filed their Answer to the Amended Complaint on February 2, 2009;
7   WHEREAS, this Court held an Initial Case Management Conference on February 6,
8   2009;
9   WHEREAS, in its Minute Entry, this Court, stated that the further Status Conference,
10  scheduled for March 6, 2009, would be taken off calendar if the parties submitted a stipulated
11  briefing schedule for Plaintiffs' Motion for Collective Certification and Plaintiffs' Motion for
12  Class Certification;
13  WHEREAS, the parties have reserved the appropriate hearing dates with the clerk of this
14  Court;
15  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their
16  respective counsel of record, that the parties shall adhere to the following briefing schedule
17  relating to Plaintiffs' Motion for Collective Certification and Plaintiffs' Motion for Class
18  Certification:

### *Collective Certification*

1. Plaintiffs' Motion for Collective Certification will be filed and served on September 14, 2009;

2. Defendants' Opposition to Plaintiffs' Motion for Collective Certification will be filed and served on October 23, 2009;

3. Plaintiffs' Reply in Support of Collective Certification will be filed and served on November 13, 2009; and

4. **Hearing on Plaintiffs' Motion for Collective Certification—December 4, 2009, at 10:00 a.m**.

*Class Certification*

1. Plaintiffs' Motion for Class Certification will be filed and served on November 6, 2009;

2. Defendants' Opposition to Plaintiffs' Motion for Class Certification will be filed and served on December 18, 2009;

3. Plaintiffs' Reply in Support of Class Certification will be filed and served on January 15, 2010; and

4. **Hearing on Plaintiffs' Motion for Class Certification—February 5, 2010, at 10:00 a.m.**

DATED: February 23, 2009             SEYFARTH SHAW LLP


By     s/ Regina A. Musolino
        Diana Tabacopoulos
        Regina A. Musolino
Attorneys for Defendants
HSBC FINANCE CORPORATION and
BENEFICIAL COMPANY, LLP


DATED: February 23, 2009             BARROWAY TOPAZ KESSLER
                                     MELTZER & CHECK, LLP


By     s/ Nick S. Williams
        Nick S. Williams
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Diana Tabacopoulos (SBN 128238) |
| 2 | Regina A. Musolino (SBN 198872) |
| | Catherine V. Meek (SBN 262084) |
| 3 | 2029 Century Park East, Suite 3300 |
| | Los Angeles, California 90067-3063 |
| 4 | Telephone: (310) 277-7200 |
| | Facsimile: (310) 201-5219 |
| 5 | dtabacopoulos@seyfarth.com |
| | rmusolino@seyfarth.com |
| 6 | cmeek@seyfarth.com |
| 7 | Attorneys for Defendants |
| | HSBC FINANCE CORPORATION AND BENEFICIAL COMPANY, LLC |
| 8 | |
| | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
| 9 | Alan R. Plutzik (SBN 077785) |
| | L. Timothy Fisher (SBN191626) |
| 10 | 2125 Oak Grove Road, Suite 120 |
| | Walnut Creek, CA  94598 |
| 11 | Telephone: (925) 945-0770 |
| 12 | Facsimile: (925) 945-879 |
| 13 | |
| | Edward W. Ciolko |
| 14 | Nick S. Williams |
| | Robert W. Biela |
| 15 | 280 King of Prussia Road |
| | Radnor, PA  19087 |
| 16 | Telephone: (610) 667-7706 |
| | Facsimile: (610) 667-7056 |
| 17 | |
| | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ, and DIONICIO MARTINEZ on behalf of themselves and all others similarly situated | ) Case No. C 08-04592 SC |
| 21 | | ) The Honorable Samuel Conti, Courtroom 1 |
| 22 | | ) [~~PROPOSED~~] ORDER RE STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE FOR MOTIONS FOR COLLECTIVE AND CLASS CERTIFICATION |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY, LLC | |
| 26 | | *[Filed concurrently with Stipulation Regarding Briefing and Hearing Schedule]* |
| 27 | Defendants. | |
| 28 | | |

LA1 6772602.1

[PROPOSED] ORDER RE STIPULATION RE BRIEFING & HEARING SCHEDULE FOR MOTIONS FOR CLASS/COLLECTIVE CERTIFICATION
Case No. C08-04592 SC

1  The Court having read and reviewed the Stipulation Regarding Briefing and Hearing
2  Schedule for Motions for Collective and Class Certification submitted by the parties, rules as
3  follows:
4      1.    Plaintiffs will file and serve their Motion for Collective Certification on
5  September 14, 2009;
6      2.    Defendants will file and serve their Opposition to Plaintiffs' Motion for
7  Collective Certification on October 23, 2009;
8      3.    Plaintiffs will file their Reply in Support of Collective Certification on November
9  13, 2009;
10      4.    The hearing on Plaintiffs' Motion for Collective Certification will be held
11  December 4, 2009, at 10:00 a.m.;
12      5.    Plaintiffs will file and serve their Motion for Class Certification on November 6,
13  2009;
14      6.    Defendants will file and serve their Opposition to Plaintiffs' Motion for Class
15  Certification on December 18, 2009;
16      7.    Plaintiffs will file and serve their Reply in Support of Class Certification on
17  January 15, 2010; and
18      8.    The hearing on Plaintiffs' Motion for Class Certification will be held February 5,
19  2010, at 10:00 a.m.
20
21  **IT IS SO ORDERED.**
22  DATED: February 24, 2009
23
*(Signed: Judge Samuel Conti, United States District Court, Northern District of California — IT IS SO ORDERED)*

LA1 6772602.1

2

[PROPOSED] ORDER RE STIPULATION RE BRIEFING & HEARING SCHEDULE FOR MOTIONS FOR CLASS/COLLECTIVE CERTIFICATION
Case No. C08-04592 SC