1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN 128238)
2  Regina A. Musolino (SBN 198872)
   Catherine V. Meek (SBN 262084)
3  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
5  dtabacopoulos@seyfarth.com
   rmusolino@seyfarth.com
6  cmeek@seyfarth.com

7  Attorneys for Defendants
   HSBC FINANCE CORPORATION AND BENEFICIAL COMPANY LLC
8
   BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
9  Alan R. Plutzik (SBN 077785)
   L. Timothy Fisher (SBN191626)
10 2125 Oak Grove Road, Suite 120
   Walnut Creek, CA  94598
11 Telephone: (925) 945-0770
   Facsimile: (925) 945-879
12

13 Edward W. Ciolko
   Robert W. Biela
14 280 King of Prussia Road
   Radnor, PA  19087
15 Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
16

17 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ, and DIONICIO MARTINEZ on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY, LLC<br><br>Defendants. | Case No. C 08-04592 SC<br><br>The Honorable Samuel Conti, Courtroom 1<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL OF PAUL VELASQUEZ, FAVIOLA ALVAREZ AND CARLOS MARTINEZ'S CLAIMS<br><br>*[Filed concurrently with Stipulation of Dismisal of Paul Velasquez, Faviola Alvarez, and Carlos Martinez's Claims]* |

LA1 6889320.1

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL
Case No. C08-04592 SC

## [~~PROPOSED~~] ORDER

The Court having read and reviewed the Stipulation of Dismissal of Paul Velasquez, Faviola Alvarez, and Carlos Martinez's Claims Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) jointly submitted by the parties, rules as follows:

1.  The claims of plaintiffs Paul Velasquez and Faviola Alvarez are dismissed in their entirety against all defendants, and the dismissals operate as an adjudication on the merits pursuant to Fed. R. Civ. P. 41(a)(1)(B);

2.  The claims of Plaintiff Carlos Martinez are dismissed in their entirety without prejudice against all defendants;

3.  Plaintiffs Velasquez and Alvarez have withdrawn their Consent to Sue Forms; and

4.  Each party will bear its own fees and costs with respect to the dismissals and the filing of the Stipulation.

**IT IS SO ORDERED.**

DATED: July 28, 2009



Hon. _____
United States District Judge
Judge Samuel Conti