```
 1  SEYFARTH SHAW LLP
    Diana Tabacopoulos (SBN 128238)
 2  Regina A. Musolino (SBN 198872)
    Catherine V. Meek (SBN 262084)
 3  2029 Century Park East, Suite 3500
    Los Angeles, California 90067-3021
 4  Telephone: (310) 277-7200
    Facsimile: (310) 201-5219
 5  dtabacopoulos@seyfarth.com
    rmusolino@seyfarth.com
 6  cmeek@seyfarth.com

 7  Attorneys for Defendants
    HSBC FINANCE CORPORATION AND BENEFICIAL COMPANY LLC
 8
    BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
 9  Alan R. Plutzik (SBN 077785)
    L. Timothy Fisher (SBN191626)
10  2125 Oak Grove Road, Suite 120
    Walnut Creek, CA  94598
11  Telephone: (925) 945-0770
    Facsimile: (925) 945-879
12

13  Edward W. Ciolko
    Robert W. Biela
14  280 King of Prussia Road
    Radnor, PA  19087
15  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
16

17  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ, and DIONICIO MARTINEZ on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY, LLC<br><br>Defendants. | Case No. C 08-04592 SC<br><br>The Honorable Samuel Conti, Courtroom 1<br><br>**[PROPOSED] ORDER RE STIPULATION REGARDING DEFENDANT HOUSEHOLD FINANCE CORPORATION**<br><br>*[Filed concurrently with Stipulation Regarding Defendant Household Finance Corporation]* |

LA1 6889308.1

[PROPOSED] ORDER RE STIPULATION RE DEFENDANT HOUSEHOLD FINANCE CORPORATION
Case No. C08-04592 SC

## [PROPOSED] ORDER

The Court having read and reviewed the Stipulation Regarding Defendant Household Finance Corporation jointly submitted by the parties, rules as follows:

1. Defendant Household Finance Corporation is dismissed without prejudice from the matter before this Court; and

2. Defendant HSBC Finance Corporation will assume any and all debts, liabilities and obligations of Household Finance Corporation arising out of the present litigation filed by Plaintiffs, to the extent any exist.

**IT IS SO ORDERED.**

DATED: July 28, 2009



Hon.
United
Judge Samuel Conti