UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY, LLC,<br><br>Defendants. | Case No. 08-4592 SC<br><br>ORDER DENYING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE <u>CERTIFICATION</u> |

Upon consideration of Defendants' Motion to Enlarge Time to File an Opposition to Plaintiffs' Motion for Conditional Collective Certification ("Motion"), Docket No. 85, and Plaintiffs' Opposition thereto, Docket No. 89, the Court hereby DENIES Defendants' Motion.

IT IS SO ORDERED.

Dated: December 11, 2009

_____
UNITED STATES DISTRICT JUDGE