SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
Regina A. Musolino (SBN 198872)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
dtabacopoulos@seyfarth.com
rmusolino@seyfarth.com

SEYFARTH SHAW LLP
Jill A. Martin (SBN 245626)
333 South Hope Street, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
jamartin@seyfarth.com

Attorneys for Defendants
HSBC Finance Corporation and Beneficial Company LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC<br><br>Defendants. | Case No. C 08-04592 SC<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION**<br><br>*(Opposition to Plaintiffs' Motion for Collective Certification; Motion to Strike; Evidentiary Objections and Proposed Orders filed concurrently)*<br><br>Date:   February 5, 2010<br>Time:   10:00 a.m.<br>Judge: Hon. Samuel Conti<br>Courtroom: 1 |

DEFENDANTS' APPENDIX OF EVIDENCE
Case No. C08-04592 SC

1

2       Defendants HSBC Finance Corporation ("HSBC") and Beneficial Corporation

3  (collectively "Defendants") respectfully submit this Appendix of Evidence in Support of their

4  Opposition to the Motion for Collective Certification of Plaintiffs Marcelo Altamirano and

5  Jackey Wilson II.

6                              **<u>TABLE OF CONTENTS</u>**

7       **SUPPLEMENTAL DECLARATION OF JEFFREY CRUSE**

8       **DECLARATION OF REGINA A. MUSOLINO**

9       **Exhibit A** – Relevant Excerpts and Exhibits from the Deposition of Paul J. Velasquez,

10  Volume One, taken on March 12, 2009.

11              Exhibit A-9 – Resignation Letter, dated January 24, 2005

12      **Exhibit B** – Relevant Excerpts and Exhibits from the Deposition of Fabiola Alvarez,

13  Volume One, taken on September 14, 2009.

14              Exhibit B-5 – HSBC's Time Entry and Other Policies

15              Exhibit B-6 – Inside HR Work Time That Counts Towards Overtime – 4/30/08

16              Exhibit B-7 – Inside HR Overtime CA – 5/20/04

17              Exhibit B-8 – Inside HR Breaks – 5/20/04

18              Exhibit B-9 – Inside HR Meal Periods/Lunch – 5/20/04

19      **Exhibit C** – Relevant Excerpts and Exhibits from the Deposition of Marcelo Altamirano,

20  Volume One, taken on May 4, 2009.

21              Exhibit C-4 – Inside HR Overtime, dated May 20, 2004

22      **Exhibit D** – Relevant Excerpts and Exhibits from the Deposition of Jackey J. Wilson II,

23  Volume One, taken on March 6, 2009.

24              Exhibit D-5 – Complaint, filed October 2, 2008

25              Exhibit D-8 – HSBC Policies and Wilson Acknowledgments

26      **Exhibit E** – Relevant Excerpts and Exhibits from the Deposition of David M. Almazan,

27  Volume One, taken on October 13, 2009.

28

LA1 6918704.2

                                          1

1    Exhibit E-15 – 2006 HSBC Performance Management HFC/ Beneficial Sales

2    Employee, Bates-stamped HSBC0003305-HSBC000331

3    **Exhibit F** - Relevant Excerpts and Exhibits from the Deposition of Austin Walters,

4    Volume One, taken on December 11, 2009.

5    Exhibit F-5 – Time Reporting Policy

6    Exhibit F-7 – Non-Exempt Hourly Time Reporting

7    Exhibit F-8 – Tips for Time Entry

8    Exhibit F-9 – Policies

9    Exhibit F-10 – Manager Message

10    Exhibit F-11 – Branch Ops Directives

11    Exhibit F-13 – Paycheck Summaries

12    **Exhibit G** -    Relevant Excerpts and Exhibits from the Deposition of Christopher

13    Carney, Volume One, taken on December 11, 2009.

14    Exhibit G-2 – Positive Workplace Environment, dated May 27, 2007

15    Exhibit G-3 – Policies re Time Reporting

16    Exhibit G-5 – Paycheck Summaries

17    Exhibit G-10 – Declaration

18    **Exhibit H** -    Relevant Excerpts from the Deposition of Chad Klingensmith, Volume

19    One, taken on December 15, 2009.

20    **Exhibit I** -    Relevant Excerpts from the Deposition of Joseph Gunning, Volume One,

21    taken on November 20, 2009.

22    **Exhibit J** -    Relevant Excerpts from the Deposition of Anthony Gooden, Volume One,

23    taken on November 17, 2009.

24    **Exhibit K** -    Relevant Excerpts from the Deposition of Andrew Hilley, Volume One,

25    taken on November 17, 2009.

26    **Exhibit L** -    Relevant Excerpts and Exhibits from the Deposition of Dan Marinelli,

27    Volume One, taken on December 3, 2009.

28

1    Exhibit L-2 – Declaration of Dan Marinelli

2    **Exhibit M -**   Relevant Excerpts and Exhibits from the Deposition of Maureen Gillan-

3    Myer, Volume One, taken on September 30, 2009.

4    Exhibit M-11 – Deposition Notice

5    Exhibit M-14 – Job Description of Branch Sales Manager

6    Exhibit M-15 – Job Description of District Sales Manager

7    **Exhibit N -**   Relevant Excerpts and Exhibits from the Deposition of Jeffrey Scott

8    Barden, Volume One, taken on September 30, 2009.

9    Exhibit N-8 – 2007 Compensation Plan, dated December 22, 2006

10   Exhibit N-9 – 2007 Compensation Plan, dated October 1, 2007

11   Exhibit N-10 – 2008 Incentive Compensation Plan

12   **Exhibit O -**   Relevant Excerpts from the Deposition of Michael Robert Fitzpatrick,

13   Volume One, taken on September 29, 2009.

14   **Exhibit P –**

15   **Declaration Of Lekenya Alexander**

16   **Declaration Of Mark Allen (Account Executive during the relevant time**

17   **period) and Disclaimer and Notice Of Rights**

18   **Declaration Of Christy Alston**

19   **Declaration Of Peter Babbles (Account Executive during the relevant time**

20   **period)**

21   **Declaration Of Shane Banks and Disclaimer and Notice Of Rights**

22   **Declaration Of Kari Barnhart (Account Executive during the relevant time**

23   **period) and Disclaimer and Notice Of Rights**

24   **Declaration Of Shane Bays and Disclaimer and Notice Of Rights**

25   **Declaration Of Kelley Bellinger**

26   **Declaration Of Ezequiel Benavides and Disclaimer and Notice Of Rights**

27   **Declaration Of Christopher Castle and Disclaimer and Notice Of Rights**

28

LA1 6918704.2

3

1    Declaration Of Jason Chauvin and Disclaimer and Notice Of Rights

2    Declaration Of Stella Chiu and Disclaimer and Notice Of Rights

3    Declaration Of David Collier and Disclaimer and Notice Of Rights

4    Declaration Of Erin Cooper (Account Executive during the relevant time

5    period)

6    Declaration Of Jeffrey Cox (Account Executive during the relevant time

7    period) and Disclaimer and Notice Of Rights

8    Declaration Of James Cozby and Disclaimer and Notice Of Rights

9    Declaration Of Sharon Crook (Account Executive during the relevant time

10   period) and Disclaimer and Notice Of Rights

11   Declaration Of Jeffrey Cruse

12   Declaration Of Lorne Deacon and Disclaimer (Account Executive during the

13   relevant time period) and Notice Of Rights

14   Declaration Of Nelson Dias and Disclaimer and Notice Of Rights

15   Declaration Of Jason Dupuis and Disclaimer and Notice Of Rights

16   Declaration Of Heather Eastman (Account Executive during the relevant

17   time period)

18   Declaration Of Luke Evans

19   Declaration Of Christina Flapper (Account Executive during the relevant

20   time period) and Disclaimer and Notice Of Rights

21   Declaration Of Lisa Franz and Disclaimer and Notice Of Rights

22   Declaration Of Antonio Garcia and Disclaimer and Notice Of Rights

23   Declaration Of Elizabeth Geigel and Disclaimer and Notice Of Rights

24   Declaration Of Anthony Gooden and Disclaimer and Notice Of Rights

25   Declaration Of Walter Goss (Account Executive during the relevant time

26   period) and Disclaimer and Notice Of Rights

27   Declaration Of Joseph Gunning and Disclaimer and Notice Of Rights

28

DEFENDANTS' APPENDIX OF EVIDENCE
Case No. C08-04592 SC

1       **Declaration Of Dana Habener**

2       **Declaration Of Terrance Harris and Disclaimer and Notice Of Rights**

3       **Declaration Of Carmen Headworth**

4       **Declaration Of Andrew Hilley and Disclaimer and Notice Of Rights**

5       **Declaration Of Paula Holden (Account Executive during the relevant time**

6       **period) and Disclaimer and Notice Of Rights**

7       **Declaration Of Dustin Holdge (Account Executive during the relevant time**

8       **period) and Disclaimer and Notice Of Rights**

9       **Declaration Of Todd Husson (Account Executive during the relevant time**

10      **period) and Disclaimer and Notice Of Rights**

11      **Declaration Of Beulah Jordan**

12      **Declaration Of Eddie Juarez**

13      **Declaration Of Daniel Keene and Disclaimer and Notice Of Rights**

14      **Declaration Of Courtney Kort and Disclaimer and Notice Of Rights**

15      **Declaration Of Monique Lee (Account Executive during the relevant time**

16      **period) and Disclaimer and Notice Of Rights**

17      **Declaration Of Teresa Lopez and Disclaimer and Notice Of Rights**

18      **Declaration Of Dan Marinelli**

19      **Declaration Of Lance Mason and Disclaimer and Notice Of Rights**

20      **Declaration Of Eric Mastroianni (Account Executive during the relevant**

21      **time period) and Disclaimer and Notice Of Rights**

22      **Declaration Of Zachary Mazur (Account Executive during the relevant time**

23      **period) and Disclaimer and Notice Of Rights**

24      **Declaration Of Christopher P. Mccabe and Disclaimer and Notice Of Rights**

25      **Declaration Of Joseph Mcgowan and Disclaimer and Notice Of Rights**

26      **Declaration Of James Mcnerney and Disclaimer and Notice Of Rights**

27      **Declaration Of Roberto Mejia and Disclaimer and Notice Of Rights**

28

5

1    Declaration Of Brian Mendenhall and Disclaimer and Notice Of Rights

2    Declaration Of Stoney Morris and Disclaimer and Notice Of Rights

3    Declaration Of Nanci Morrison

4    Declaration Of John Morrow and Disclaimer and Notice Of Rights

5    Declaration Of Tim Nascimento

6    Declaration Of Armando Perez and Disclaimer and Notice Of Rights

7    Declaration Of Tyronne Porter

8    Declaration Of David Quintanilla and Disclaimer and Notice Of Rights

9    Declaration Of Scott Rath

10   Declaration Of Chris Reyes and Disclaimer and Notice Of Rights

11   Declaration Of Marcus Reyna and Disclaimer and Notice Of Rights

12   Declaration Of Antonio Rico and Disclaimer and Notice Of Rights

13   Declaration Of Tandy Riha (Account Executive during the relevant time

14   period) and Disclaimer and Notice Of Rights

15   Declaration Of Rene Santana and Disclaimer and Notice Of Rights

16   Declaration Of Tequannah Seaberry (Account Executive during the relevant

17   time period) and Disclaimer and Notice Of Rights

18   Declaration Of Joseph Shere (Account Executive during the relevant time

19   period) and Disclaimer and Notice Of Rights

20   Declaration Of Matthew Smith (Account Executive during the relevant time

21   period) and Disclaimer and Notice Of Rights

22   Declaration Of Taylor Stilovich (Account Executive during the relevant time

23   period) and Disclaimer and Notice Of Rights

24   Declaration Of Kristen Stoldal and Disclaimer and Notice Of Rights

25   Declaration Of Stephen Swanson and Disclaimer and Notice Of Rights

26   Declaration Of Hermelina Talamantez and Disclaimer and Notice Of Rights

27   Declaration Of Nicole Thompson

28

1        **Declaration Of Craig Torres and Disclaimer and Notice Of Rights**

2        **Declaration Of John Turner and Disclaimer and Notice Of Rights**

3        **Declaration Of Eric Vaughn and Disclaimer and Notice Of Rights**

4        **Declaration Of David Walcott and Disclaimer and Notice Of Rights**

5        **Declaration Of John Welch and Disclaimer and Notice Of Rights**

6        **Declaration Of Victoria Weldon**

7        **Declaration Of Curt Welshon**

8        **Declaration Of Travis White**

9        **Declaration Of Deborah Zegger and Disclaimer and Notice Of Rights**

10        **Declaration Of Stephanie Zotti and Disclaimer and Notice Of Rights**

11    **DECLARATION OF MAUREEN GILLAN-MYER**

12        **Exhibit Q -**   Policy entitled "Overtime CA - Work Time that Counts Towards

13  Overtime," dated 5/20/04.

14        **Exhibit R -**   Policy entitled "Inside HR – Overtime," dated 4/30/08.

15        **Exhibit S -**   Policy entitled "Inside HR Work Time That Counts Towards Overtime,"

16  dated 4/30/08.

17        **Exhibit T -**   Policy entitled "Inside HR Time Reporting," dated 4/30/08.

18        **Exhibit U -**   Policy entitled "Work Time That Counts Towards Overtime," dated

19  5/20/04.

20        **Exhibit V -**   New Employee Welcome Workshop Participant Guide, pgs. 60-61,

21  Reminder Time Entry Reporting, dated November 2007.

22        **Exhibit W -**   Policy entitled "Work Hours," dated 4/30/08.

23        **Exhibit X -**   Policy entitled "Know Your HR Resources/Tips for Time Entry," dated

24  12/29/08.

25        **Exhibit Y -**   2006 Employee Handbook, pg. 7 "Time Entry."

26        **Exhibit Z - -**  PeopleSoft Pa yCheck Summary Page for Michael Martin, Bates-stamped

27  HSBC0004716.

28

DEFENDANTS' APPENDIX OF EVIDENCE
Case No. C08-04592 SC

1    **Exhibit AA** -  PeopleSoft PayCheck Summary Page for Heather Carson, Bates-stamped

2    HSBC0003769.

3    **Exhibit BB** -  PeopleSoft PayCheck Summary Page for James Griffiths, Bates-stamped

4    HSBC0005178.

5    DATED:  December 22, 2009                              SEYFARTH SHAW LLP

6

7                                                          By:    /s/ Regina A. Musolino
                                                                Diana Tabacopoulos
8                                                               Regina A. Musolino
                                                                Jill A. Martin
9                                                          Attorneys for Defendants
                                                          HSBC FINANCE CORPORATION and
10                                                         BENEFICIAL COMPANY LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8