# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC,<br><br>Defendant. | CASE NO. C08-04592 SC<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION AND REVISED PRETRIAL SCHEDULING ORDER |

The Court having read and reviewed the parties' Stipulation and [Proposed] Revised Pretrial Scheduling Order rules as follows:

1. Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23 shall be filed by February 26, 2010;

2. Defendants' Opposition to Class Certification shall be filed by April 16, 2010;

3. Plaintiffs' Reply in Further Support of Class Certification shall be filed by ~~June~~ May 17, 2010; and

4. The hearing on Plaintiffs' Motion for Class Certification shall be conducted on ~~June 4, 2010~~. June 25, 2010 at 10:00 a.m.

Within fifteen (15) days of a ruling by the Court regarding Plaintiffs' Motion for Class Certification, the parties shall meet and confer and jointly submit to the Court a status report regarding their plans for participation in a Court-mandated ADR program. The status report will also address any other outstanding issues including how much, if any, additional discovery is required.

**IT IS SO ORDERED.**

DATED: 1/5/10

_____
Honorable
United States

Case No. C08-04592 SC