| | |
|---|---|
| 1 | GEORGE J. TICHY, II, Bar No. 041146 |
| | MICHAEL F. MCCABE, Bar No. 111151 |
| 2 | MICHELLE R. BARRETT, Bar No. 197280 |
| | SOFIJA ANDERSON, Bar No. 221602 |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 6 | Email: gtichy@littler.com; mmccabe@littler.com; |
| | mbarrett@littler.com; svanderson@littler.com |

Attorneys for Defendants
HSBC FINANCE CORPORATION AND BENEFICIAL COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ and DIONICIO MARTINEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC,<br><br>Defendants. | Case No.: C 08-04592-SC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT HSBC FINANCE CORPORATION AND BENEFICIAL COMPANY LLC; [~~PROPOSED~~] ORDER THEREON**<br><br>[L.R. 11-5]<br><br>Complaint Filed: October 2, 2008<br>Trial Date: No date set |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFS' NOTICE OF SUBSTITUTION OF CNSL & [PROP] ORDER THEREON

Case No. 3:08-CV-04592-SC

| | |
|---|---|
| 1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | Please take notice that Defendant HSBC FINANCE CORPORATION and |
| 3 | BENEFICIAL COMPANY LLC substitute Littler Mendelson, P.C., by George J. Tichy, II, Michelle |
| 4 | R. Barrett and Sofija Anderson, as attorneys of record in this matter. |

## WITHDRAWING ATTORNEYS

CATHERINE VIRGINIA MEEK
DIANA TABACOPOULOS
REGINA ANNE MUSOLINO
SEYFARTH SHAW
2029 Century Park East, Suite 3300
Los Angeles, CA 90067
Telephone: 310.277.7200
Facsimile: 310.201.5219
Email: cmeek@seyfarth.com; dtabacopoulos@seyfarth.com; rmusolino@seyfarth.com

## SUPERSEDING ATTORNEYS

GEORGE J. TICHY, II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
SOFIJA ANDERSON, Bar No. 221602
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: gtichy@littler.com; mmccabe@littler.com; mbarrett@littler.com; sanderson@littler.com

DEFS' NOTICE OF SUBSTITUTION OF CNSL & [PROP] ORDER THEREON — 1. — Case No. 3:08-CV-04592-SC

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not unduly delay the proceedings in this matter.

Dated: January 29, 2010

HSBC FINANCE CORPORATION

By: _____
DONNA L. MARKS

Dated: January 29, 2010

BENEFICIAL COMPANY LLC

By: _____
ROSE C. MANCINI

Dated: January 29, 2010

_____
SOFIA ANDERSON
GEORGE J. TICHY, II
MICHAEL F. MCCABE
MICHELLE R. BARRETT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
HSBC FINANCE CORPORATION AND
BENEFICIAL COMPANY LLC

Dated: January 29, 2010

_____
DIANA TABACOPOULOS
CATHERINE VIRGINIA MEEK
REGINA ANNE MUSOLINO
SEYFARTH SHAW
Attorneys for Defendants
HSBC FINANCE CORPORATION &
BENEFICIAL COMPANY LLC

## ORDER

**IT IS SO ORDERED.**

Dated: February 1, 2010

_____
HONORABLE
UNITED STATES DISTRICT COURT
JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

DEFS' NOTICE OF SUBSTITUTION OF CNSL & [PROP] ORDER THEREON

2.

Case No. 3:08-CV-04592-SC