**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**
Peter A. Muhic
Robert W. Biela
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

**BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP**
Alan R. Plutzik (Cal. Bar No. 077785)
L. Timothy Fisher (Cal. Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925-945-8792

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC,<br><br>Defendants. | CASE NO. C08-04592 SC<br><br>**PARTIES' STIPULATION AND [PROPOSED] REVISED PRETRIAL SCHEDULING ORDER** |

THIS STIPULATION AND PROPOSED REVISED PRETRIAL SCHEDULING ORDER is made by and entered into between Defendants HSBC Finance Corporation and Beneficial Company LLC (collectively, "Defendants") and Plaintiffs Marcelo Altamirano and Jackey Wilson II (collectively, "Plaintiffs"). Plaintiffs seek to pursue this action as a nationwide collective action on

behalf of themselves and all other similarly situated former Account Executives who were employed by Defendants. Plaintiffs also seek to pursue this action as a California state class action on behalf of themselves and all other current and former Account Executives who were employed by Defendants in the State of California.

WHEREAS, on January 25, 2010, counsel for Defendants (Seyfarth Shaw) notified counsel for Plaintiffs that they would no longer be representing Defendants in this matter;

WHEREAS, on January 29, 2010, counsel for Defendants, Seyfarth Shaw, was withdrawn and was superseded as defense counsel by the law firm of Littler Mendelson (Docket No. 106);

WHEREAS, significant class-based discovery remains to be completed, including, *inter alia,* the anticipated supplementation of Defendants' discovery responses as well as additional depositions of certain of Defendants' witnesses;

WHEREAS, prior to the change in defense counsel, the parties had been continuing their dialogue concerning outstanding discovery issues—particularly as they pertain to discovery concerning Defendants' California branches;

WHEREAS, recognizing the remaining discovery required to be produced by Defendant, the parties stipulated to, and on January 5, 2010 the Court entered an Order granting a 45-day extension of the deadlines in the then current case management schedule (Docket No. 99);

WHEREAS, on January 25, 2010, in light of ongoing unresolved discovery disputes, the parties were preparing to submit their second jointly-filed letter to the Honorable Magistrate Judge Maria-Elena James pursuant to Magistrate Judge James' Standing Order Re: Discovery and Dispute Procedures for Cases Assigned or Referred to Magistrate Judge Maria-Elena James;

WHEREAS, Plaintiffs agreed to defer submitting the second joint-letter to Magistrate Judge James until new defense counsel has had adequate time to receive and review the file materials from Seyfarth Shaw and familiarize themselves with the current state of discovery;

WHEREAS, due to the extent of outstanding discovery which Defendant is in the process of locating, reviewing and producing to Plaintiffs, in addition to the time Littler Mendelson will require to become fully familiar with the current litigation, the dates set forth in the current case

1 | management schedule cannot reasonably be met;

WHEREAS, Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil Procedure 23 is currently due to be filed on or before February 26, 2010;

WHEREAS, Defendants' Opposition to Class Certification is currently due to be filed by April 16, 2010;

WHEREAS, Plaintiffs' Reply in Further Support of Class Certification is currently due to be filed by May 17, 2010;

WHEREAS, the hearing on Plaintiffs' Motion for Class Certification is currently scheduled for June 25, 2010;

WHEREAS, the parties have conferred and believe that an approximate four-month extension of the above dates as set forth in the current scheduling Order entered on January 5, 2010 is reasonable and necessary to provide the parties with the time necessary to conclude class discovery prior to briefing class certification;

WHEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED that:

1. Plaintiffs' Motion for Class Certification pursuant to Rule 23 shall be filed by June 25, 2010;

2. Defendants' Opposition to Class Certification shall be filed by July 26, 2010;

3. Plaintiffs' Reply in Further Support of Class Certification shall be filed by August 25, 2010;

4. The hearing on Plaintiffs' Motion for Class Certification shall be conducted on September 10, 2010 or such other date as ordered by the Court; and

5. Within fifteen (15) days of a ruling by the Court regarding Plaintiffs' Motion for Class Certification, the parties shall meet and confer and jointly submit to the Court a status report regarding their plans for participation in a Court-mandated ADR program and address any other outstanding issues including how much, if any, additional discovery is required; and

6. In light of the recent substitution of defense counsel, the parties request that the Court schedule a case management conference at the Court's earliest convenience to enable the parties to

more fully apprise the Court of the current state of the litigation and to set forth a schedule moving forward.

**SO STIPULATED**

Dated: February 16, 2010

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

By:/s/  *Peter A. Muhic*
    Peter A. Muhic
    Robert W. Biela
    James A. Maro
    280 King of Prussia Road
    Radnor, PA  19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

    -and-

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
    Alan R. Plutzik  (Bar No. 077785)
    L. Timothy Fisher (Bar No. 191626)
    2125 Oak Grove Road, Suite 120
    Walnut Creek, CA  94598
    Telephone: (925) 945-0770
    Facsimile: (925) 945-8792

*Counsel for Plaintiffs*

**LITTLER MENDELSON**

By: */s/ Michelle R. Barrett*
    Sofia Anderson
    George J. Tichy, II
    Michael F. McCabe
    Michelle R. Barrett
    650 California Street, 20th Fl.
    San Francisco, CA  94108
    Telephone: (415) 433-1940
    Facsimile: (415) 399-8490

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ AND DIONICIO MARTINEZ on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC,

Defendant.

CASE NO. C08-04592 SC

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION AND REVISED PRETRIAL SCHEDULING ORDER

The Court having read and reviewed the parties' Stipulation and [Proposed] Revised Pretrial Scheduling Order rules as follows:

1. Plaintiffs' Motion for Class Certification pursuant to Rule 23 shall be filed by June 25, 2010;

2. Defendants' Opposition to Class Certification shall be filed by July 26, 2010;

3. Plaintiffs' Reply in Further Support of Class Certification shall be filed by August 25, 2010;

4. The hearing on Plaintiffs' Motion for Class Certification shall be conducted on September 17, 2010 or such other date as ordered by the Court; and

5. Within fifteen (15) days of a ruling by the Court regarding Plaintiffs' Motion for Class Certification, the parties shall meet and confer and jointly submit to the Court a status report regarding their plans for participation in a Court-mandated ADR program and address any other outstanding issues including how much, if any, additional discovery is required; and

6. At the parties' request, and in light of the recent substitution of defense counsel, the Court schedules an in-person case management conference on _____, 2010 to

Case No. C08-04592 SC

more fully discuss the progress of the case and other scheduling or discovery matters.

**IT IS SO ORDERED.**

DATED: 2/16/10

_____
Honorable
United States

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, signed]*

Case No. C08-04592 SC