1  GEORGE J. TICHY, II, Bar No. 041146
   MICHAEL F. MCCABE, Bar No. 111151
2  MICHELLE R. BARRETT, Bar No. 197280
   SOFIJA ANDERSON, Bar No. 221602
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
5  Telephone:     415.433.1940
   Facsimile:      415.399.8490
6  Email:  gtichy@littler.com; mmccabe@littler.com;
   mbarrett@littler.com; svanderson@littler.com
7
   Attorneys for Defendants
8  HSBC FINANCE CORPORATION and Beneficial
   Company LLC
9
   PETER A. MUHIC, *pro hac vice*
10 ROBERT W. BIELA, *pro hac vice*
   BARROWAY TOPAZ KESSLER MELTZER & CHECK,
11 LLP
   280 King Of Prussia Road
12 Radnor, Pennsylvania 19087
   Telephone: (610) 667-7706
13 Facsimile: (610) 667-7056
   Email:  pmuhic@btkmc.com, rbiela@btkmc.com
14
   Attorneys for Plaintiffs
15
                    UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17
                          SAN FRANCISCO
18

19 PAUL VELASQUEZ, FAVIOLA                    Case No.:  C 08-04592-SC [MEJ]
   ALVAREZ, MARCELO ALTAMIRANO,
   JACKEY WILSON II, CARLOS                   **STIPULATION AND [~~PROPOSED~~]**
20 MARTINEZ and DIONICIO MARTINEZ             **REVISED PRETRIAL SCHEDULING**
   on behalf of themselves and all others     **ORDER**
21 similarly situated,
                                              Judge:            Senior Judge Samuel Conti
22              Plaintiffs,                    Courtroom:        1, 17th Floor
                                              Complaint Filed:  October 2, 2008
23       v.                                    Trial Date:       No date set

24 HSBC FINANCE CORPORATION;
   HOUSEHOLD FINANCE
25 CORPORATION; BENEFICIAL
   COMPANY LLC,
26
                Defendants.
27

28 *///*

STIPULATION AND [PROPOSED]
REVISED PRETRIAL SCHEDULING                              Case No. 3:08-CV-04592-SC [MEJ]
ORDER

1    THIS STIPULATION AND ~~PROPOSED~~ REVISED PRETRIAL SCHEDULING ORDER

2   is made by and entered into between Defendants HSBC Finance Corporation and Beneficial

3   Company LLC (collectively, "Defendants") and Plaintiffs Marcelo Altamirano and Jackey Wilson II

4   (collectively, "Plaintiffs").  The Court denied Plaintiffs' motion to conditionally certify a nationwide

5   collective action on behalf of themselves and all other similarly situated former Account Executives

6   who were employed by Defendants.  As such, Plaintiffs now seek only to bring this action as a

7   California state class action on behalf of themselves and all other current and former Account

8   Executives who were employed by Defendants in the State of California.

9    WHEREAS, on January 29, 2010, counsel for Defendants, Seyfarth Shaw, was withdrawn

10   and was superseded as defense counsel by the law firm of Littler Mendelson (Docket No. 106);

11   WHEREAS, at the time of substitution of counsel for Defendants, the parties were mired in

12   significant, unresolved discovery disputes;

13   WHEREAS,  the law firm of Littler Mendelson has spent a significant amount of time

14   meeting and conferring with both the law firms of Seyfarth Shaw and Plaintiffs' counsel to

15   investigate, understand and work to resolve the discovery disputes;

16   WHEREAS, Littler Mendelson and Barroway Topaz Kessler Meltzer & Check continue to

17   work closely together to resolve these discovery issues in order to  advance the litigation;

18   WHEREAS, since Littler Mendelson has taken over defense of this case, it has taken a

19   significant amount of time (approximately four months) just to identify and obtain the universe of

20   documents due to the fact that the entities that employed the  putative class members (Account

21   Executives) have ceased operations and moved these documents to various storage locations both in

22   the State of California and other areas of the country;

23   WHEREAS, it has taken a significant amount of time and much longer than expected

24   (approximately three months) to accomplish the threshold discovery procedure of obtaining and

25   electronically scanning the universe of documents to put into a form necessary for review in

26   anticipation of production;

27   WHEREAS, Defendants discovered upon completion of the scanning process that there were

28   approximately 625,000 documents—with the majority of documents consisting of anywhere from

1  approximately 3 to 25 pages in length—that are potentially relevant to this litigation, which
2  Defendants estimate would take between one (1) and one and one-half (1 ½) years to completely
3  review and produce;

4        WHEREAS, in an effort to comply with the Stipulation and Revised Pretrial Scheduling
5  Order filed by the parties on February 16, 2010, the parties have met and conferred repeatedly in an
6  effort to narrow the scope of discovery to certain categories of documents;

7        WHEREAS, review and production of these categories of documents is hampered by the fact
8  that the documents contain confidential financial and personal customer information, which counsel
9  must closely review and redact to ensure that the individuals' rights to financial and personal privacy
10 are not invaded and that Defendants comply with regulatory requirements to keep such data
11 confidential and safe;

12       WHEREAS, Defendants have reviewed and produced approximately 24,000 pages of
13 documents as of the date of this Stipulation and must review no fewer than approximately 100,000 to
14 200,000 additional pages for production;

15       WHEREAS, significant class-based discovery remains to be completed, including, *inter alia,*
16 the anticipated supplementation of Defendants' discovery responses as well as additional depositions
17 of certain of Defendants' witnesses, which cannot be taken until such time as additional key
18 documents are reviewed and produced by Defendants and subsequently reviewed by Plaintiffs;

19       WHEREAS, as a result of the various issues articulated above the dates set forth in the
20 current case management schedule cannot reasonably be met by the parties despite their diligent
21 efforts;

22       WHEREAS, Plaintiffs' Motion for Class Certification pursuant to Federal Rule of Civil
23 Procedure 23 is currently due to be filed on or before June 25, 2010;

24       WHEREAS, Defendants' Opposition to Class Certification is currently due to be filed by
25 July 26, 2010;

26       WHEREAS, Plaintiffs' Reply in Further Support of Class Certification is currently due to be
27 filed by August  25, 2010;

28       WHEREAS, the hearing on Plaintiffs' Motion for Class Certification is currently scheduled

1   for September 17, 2010 or another date to be set by the Court;

2          WHEREAS, the parties have conferred and believe that an approximate 120-day extension of

3   the above dates as set forth in the current scheduling Order entered on February 17, 2010 is

4   reasonable and necessary to provide the parties with the time necessary to conduct adequate class

5   discovery prior to briefing class certification;

6          WHEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED that:

7          1.     Plaintiffs' Motion for Class Certification pursuant to Rule 23 shall be filed by

8   October 18, 2010;

9          2.     Defendants' Opposition to Class Certification shall be filed by November 18, 2010;

10         3.     Plaintiffs' Reply in Further Support of Class Certification shall be filed by ~~December~~

11  ~~18, 2010;~~ December 17, 2010;

12         4.     The hearing on Plaintiffs' Motion for Class Certification shall be conducted on

13  January ~~16~~ 21, 2010 or such other date as ordered by the Court; and

14         5.     Within fifteen (15) days of a ruling by the Court regarding Plaintiffs' Motion for

15  Class Certification, the parties shall meet and confer and jointly submit to the Court a status report

16  regarding their plans for participation in a Court-mandated ADR program and address any other

17  outstanding issues including how much, if any, additional discovery is required; and

18         6.     This Stipulation and Order is subject to revocation and modification by order of the

19  Court, upon written stipulation of the parties, or upon motion and reasonable notice.

20  **SO STIPULATED:**

21

22  DATED:  June 18, 2010

                                        Barroway Topaz Kessler Meltzer & Check, LLP
23

24                                      BY /S/ ROBERT W. BIELA
                                           ROBERT W. BIELA
25

                                        Attorneys for Plaintiffs
26                                      Marcelo Altamirano and Jackey Wilson II

27

28

---

STIPULATION AND [PROPOSED]
REVISED PRETRIAL SCHEDULING                3.                    Case No. 3:08-CV-04592-SC [MEJ]
ORDER

1    DATED:  June 18, 2010                    Littler Mendelson, P.C.

2

3                                             BY /s/ MICHELLE R. BARRETT
                                                 MICHELLE R. BARRETT
4
                                              Attorneys for Defendants
5                                             HSBC Finance Corporation, Beneficial
                                              Company, LLC
6

7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9    DATED: _____ June 21, 2010 _____    _____
                                              THE HONORABLE SAMUEL CONTI
10                                            U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ATTESTATION OF CONCURRENCE**

3

    Pursuant to the Court's General Order 45, Section 10(B), I hereby attest that concurrence in

4

the filing of this document has been obtained from each of the other signatories.  I declare under

5

penalty of perjury under the laws of the United States of America that the foregoing declaration is

6

true and correct to the best of my personal knowledge.

7

    Executed this 18th day of June, 2010, in San Francisco, California.

8

9
                                    BY /S/ MICHELLE R. BARRETT
                                       MICHELLE R. BARRETT

10
                                    Attorneys for Defendants
11                                  HSBC Finance Corporation, Beneficial
                                    Company, LLC

12

Firmwide:95989627.1 023404.1063

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28