GEORGE J. TICHY, II, Bar No. 041146
MICHAEL F. MCCABE, Bar No. 111151
MICHELLE R. BARRETT, Bar No. 197280
SOFIJA ANDERSON, Bar No. 221602
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
Email:  gtichy@littler.com; mmccabe@littler.com; mbarrett@littler.com; svanderson@littler.com

Attorneys for Defendants
HSBC FINANCE CORPORATION and Beneficial Company LLC

PETER A. MUHIC, *pro hac vice*
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King Of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email:  pmuhic@btkmc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ and DIONICIO MARTINEZ on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC,<br><br>Defendants. | Case No.:  C 08-04592-SC [MEJ]<br><br>**CORRECTED JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FOR AN ADDITIONAL 45 DAYS**<br><br>Judge:             Senior Judge Samuel Conti<br>Courtroom:      1, 17th Floor<br>Complaint Filed: October 2, 2008<br>Trial Date:        No date set<br>CMC Date:       April 29, 2011 at 10:00 a.m. |

CORRECTED STIP. AND [PROPOSED] OR. TO CONTINUE CMC

Case No. 3:08-CV-04592-SC [MEJ]

LITTLER MENDELSON
A Professional Corporation
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, as follows:

1. On February 25, 2011, the parties to this action jointly submitted a Joint Case Management Statement and Request to Continue the Case Management Conference for 30 Days because the parties had reached agreement to settle this action and were in the process of finalizing the language in the settlement agreement.

2. The Court granted the parties' request to continue the case management conference and scheduled the next case management conference for April 29, 2011 at 10:00 a.m.

3. Since the parties submitted their Joint Case Management Statement and Request to Continue the Case Management Conference for 45 Days, the parties have finalized the language in the settlement agreement, and are in the process of gathering necessary tax identification information and obtaining executed agreements from individual plaintiffs. However, the parties have not yet been able to obtain all necessary tax identification information and executed agreements from every plaintiff.

4. Because the parties need additional time to obtain the necessary tax identification information and the aforementioned executed agreements, the parties respectfully request that this Court continue the case management conference scheduled for April 29, 2011 at 10:00 for an additional 45 days.

5. The parties anticipate that this extension of time will enable them to collect necessary tax identification information, execute agreements, and to issue settlement checks, so long as any individual has not revoked their agreement in accordance with the agreement applicable to the individual.

6. Assuming the parties will be able to gather all information and deliver all settlement monies in order to fully and finally settle this matter prior to any Continued Case Management Conference, the parties agree to submit a Joint Stipulation dismissing this case with prejudice prior to any Continued Case Management Conference upon completion of the settlement process.

LITTLER MENDELSON
A Professional Corporation
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

CORRECTED STIP. AND [PROPOSED]
OR. TO CONTINUE CMC       1.       Case No. 3:08-CV-04592-SC [MEJ]

| | | |
|---|---|---|
| 1 | DATED: April 15, 2011 | Barroway Topaz Kessler Meltzer & Check, LLP |
| 2 | | |
| 3 | | |
| 4 | | BY /s/ *Peter A. Muhic* <br> PETER A. MUHIC |
| 5 | | Attorneys for Plaintiffs <br> Marcelo Altamirano and Jackey Wilson II |
| 6 | | |
| 7 | DATED: April 15, 2011 | Littler Mendelson, P.C. |
| 8 | | |
| 9 | | BY /s/ *Michelle R. Barrett* <br> MICHELLE R. BARRETT |
| 10 | | Attorneys for Defendants <br> HSBC Finance Corporation, Beneficial Company, LLC |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

CORRECTED STIP. AND [PROPOSED] OR. TO CONTINUE CMC    2.    Case No. 3:08-CV-04592-SC [MEJ]

**ATTESTATION OF CONCURRENCE**

Pursuant to the Court's General Order 45, Section 10(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge.

Executed this 15th day of April, 2011, in San Francisco, California.

By /s/ Michelle R. Barrett
MICHELLE R. BARRETT

Attorneys for Defendants
HSBC Finance Corporation, Beneficial Company, LLC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

CORRECTED STIP. AND [PROPOSED] OR. TO CONTINUE CMC    3.    Case No. 3:08-CV-04592-SC [MEJ]

**ORDER**

The case management conference scheduled for April 29, 2011 at 10:00 a.m. is continued to __June 24__, 2011, to allow additional time for the parties to complete the process of settlement.   **THIS IS THE LAST EXTENSION.**

**IT IS SO ORDERED.**

Dated this __19__ day of __April__, 2011

THE HON. _____
Judge Samuel Conti

IT IS SO ORDERED

Firmwide:101192823.1 023404.1043

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

CORRECTED STIP. AND [PROPOSED] OR. TO CONTINUE CMC      4.      Case No. 3:08-CV-04592-SC [MEJ]