1   GEORGE J. TICHY, II, Bar No. 041146
    MICHAEL F. MCCABE, Bar No. 111151
2   MICHELLE R. BARRETT, Bar No. 197280
    SOFIJA ANDERSON, Bar No. 221602
3   LITTLER MENDELSON
    A Professional Corporation
4   650 California Street, 20th Floor
    San Francisco, CA  94108.2693
5   Telephone:     415.433.1940
    Facsimile:     415.399.8490
6   Email:  gtichy@littler.com; mmccabe@littler.com;
    mbarrett@littler.com; svanderson@littler.com
7
    Attorneys for Defendants
8   HSBC FINANCE CORPORATION and Beneficial
    Company LLC
9
    PETER A. MUHIC, *pro hac vice*
10  KESSLER TOPAZ MELTZER & CHECK, LLP
    280 King Of Prussia Road
11  Radnor, Pennsylvania 19087
    Telephone: (610) 667-7706
12  Facsimile: (610) 667-7056
    Email:  pmuhic@btkmc.com
13
    Attorneys for Plaintiffs
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN FRANCISCO
17

| | |
|---|---|
| 18  PAUL VELASQUEZ, FAVIOLA ALVAREZ, MARCELO ALTAMIRANO, JACKEY WILSON II, CARLOS MARTINEZ and DIONICIO MARTINEZ on behalf of themselves and all others similarly situated,<br><br>21                    Plaintiffs,<br><br>22        v.<br><br>23  HSBC FINANCE CORPORATION; HOUSEHOLD FINANCE CORPORATION; BENEFICIAL COMPANY LLC,<br><br>                    Defendants. | Case No.:  C 08-04592-SC [MEJ]<br><br>**JOINT STIPULATION & [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>Judge:            Senior Judge Samuel Conti<br>Courtroom:    1, 17th Floor<br>Complaint Filed:  October 2, 2008<br>Trial Date:       No date set |

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

JOINT STIP. AND [PROPOSED] ORDER
TO DISMISS WITH PREJUDICE                                    Case No. 3:08-CV-04592-SC [MEJ]

1   Plaintiffs Marcelo Altamirano, et al. and Defendants HSBC Finance Corporation, et

2   al. ("Defendants"), by and through their respective counsel of record (collectively "the Parties"),

3   hereby stipulate and agree as follows:

4   <u>**STIPULATION**</u>

5   WHEREAS, Plaintiffs Paul Velasquez, Faviola Alvarez, Carlos Martinez and

6   Dionicio Martinez were previously dismissed as plaintiffs in this case;

7   WHEREAS, Plaintiffs Marcelo Altamirano and Jackey Wilson II are the only

8   individuals who remain as named plaintiffs in the case (collectively referred to as "Plaintiffs");

9   WHEREAS, Plaintiffs previously sought, but did not obtain conditional certification

10   of a nationwide class of employees in this case;

11   WHEREAS, Plaintiffs have decided to cease pursuit, either on a class or individual

12   basis, of their claims against Defendants; and

13   WHEREAS, the Parties have agreed that Plaintiffs' claims should be dismissed with

14   prejudice against Defendants;

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

THEREFORE, the Parties hereby stipulate, and respectfully request the Court to order, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiffs' Amended Complaint be dismissed in its entirety with prejudice and that a dismissal with prejudice of this matter be entered as to all Defendants.

IT IS SO STIPULATED.

Dated: May 26, 2011

/s/ Peter A. Muhic
PETER A. MUHIC
KESSLER TOPAZ MELTZER &
CHECK,LLP[1]
Attorneys for Plaintiffs

Dated: May 26, 2011

/s /Michelle R. Barrett
MICHELLE R. BARRETT
LITTLER MENDELSON, P.C.
Attorney for Defendants

### [PROPOSED] ORDER

Pursuant to stipulation and Federal Rule of Civil Procedure 41, it is hereby ordered that Plaintiffs' Amended Complaint be dismissed with prejudice in its entirety, that a dismissal with prejudice be entered as to all Defendants, and except as provided by agreement, each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: 5/26/11 _____

_____
HON. _____
United _____ _____ Court Judge

_____
[1] Kessler Topaz Meltzer & Check, LLP was previously known as Barroway Topaz Kessler Meltzer & Check, LLP.

1

**ATTESTATION OF CONCURRENCE**

2

Pursuant to the Court's General Order 45, Section 10(B), I hereby attest that concurrence in

3

the filing of this document has been obtained from each of the other signatories.

4

I declare under penalty of perjury under the laws of the United States of America that the

5

foregoing declaration is true and correct to the best of my personal knowledge.  Executed this 26th

6

day of May 2011, in San Francisco, California.

7

/s/ Michelle R. Barrett

8

MICHELLE R. BARRETT

9

10

Firmwide:101938990.1 023404.1063

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28